**Order entered July 12, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00375-CV

## THE CITY OF IRVING, TEXAS, Appellant

## V.

## LAS COLINAS GROUP, LP, Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-8748**

## ORDER

The Court has before it cross-appellant Las Colinas Group, LP's July 1, 2013 unopposed motion to extend time to file its reply brief. The Court **GRANTS** the motion and **ORDERS** that any reply brief by cross-appellant be filed by July 16, 2013.

/s/     ELIZABETH LANG-MIERS
         JUSTICE